IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 4:CR-02-0255-06 |
| v. | : (Judge Jones) |
| MIKAL HAMMOND | : |

## PETITION FOR ORDER FOR DISMISSAL PURSUANT TO RULE 48(a), FEDERAL RULES OF CRIMINAL PROCEDURE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Middle District of Pennsylvania hereby dismisses Count Two of the Third Superseding Indictment filed February 13, 2003, as they relate to Mikal Hammond, based on his plea of guilty and sentencing on Count Six.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By _____
John J. McCann
Assistant United States Attorney
PA68677
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916

Dated: April 18, 2005